STUART A. STEPHENSON, as Administrator, etc., Respondent, v. MARY HEALY, Appellant, Impleaded with Others, Defendants. — Motion denied, without costs.  Present — Thomas, Stapleton, Mills, Putnam and Blackmar, JJ.

DAVID S. VAN WICKLEN, Respondent, v. SPRINGDALE REALTY COMPANY, Appellant. — Motion granted as to conditions.  Present — Thomas, Stapleton, Mills, Putnam and Blackmar, JJ.  Order to be settled before Mr. Justice Thomas.

THE COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of ELEANOR E. SCHRAMM, Respondent, v. ARTHUR WORT, Appellant. — Order of the Court of Special Sessions affirmed, with costs.  No opinion.  Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

COUNTY OF ORANGE, Respondent, v. STORM KING STONE COMPANY and PHILIP A. MOSMAN, as Trustee, Appellants. — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

ANNETTE EWART SCHWARZ FLEISCHER, Respondent, v. ERNST ALBERT FLEISCHER, Appellant. — Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

EDWARD W. GONZALEZ, Respondent, v. HARRY R. BOYCE, Appellant. — Judgment and order of the County Court of Kings county unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

EVA E. GOVERS, Appellant, v. THE CITY OF NEW ROCHELLE, Respondent. — Judgment affirmed, without costs.  No opinion.  Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

ADOLPH C. HOTTENROTH, Respondent, v. ROBERT K. MICKEY, Appellant, and the GENERAL AERONAUTIC COMPANY, Defendant. — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Juniper Avenue, etc.  THE BROOKLYN HEIGHTS RAILROAD COMPANY and Another, Appellants. — Order, in so far as it confirms the assessment for benefit on parcel 260, reversed, with ten dollars costs and disbursements, on authority of *People ex rel. New York, Westchester & B. R. Co.* v. *Waldorf* (168 App. Div. 473, 476), and it is directed that the report be returned to the commissioners, with instructions to strike out the disallowed assessment and redistribute the amount thereof upon the property subject to assessment.  Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.